UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUNIOR DIAZ-PENA

    Plaintiff

v.

UNITED STATES
    Defendant(s)

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

CASE NUMBER: 95-CR-10284

04-12181 WGY

I, __JUNIOR DIAZ-PENA__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☒ Yes     ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration: __FCI RAYBROOK__

Are you employed at the institution?     ☒ Yes     ☐ No

Do you receive any payment from same?    ☒ Yes:     ☐ No

**Notice to Inmates:**    <u>The Certificate portion of this affidavit must be completed.</u>

2. Are you currently employed?:     ☒ Yes     ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment     ☐ Yes     ☒ No

   b. Rent payments, interest or dividends     ☐ Yes     ☒ No

   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No

   d. Disability or workers compensation payments     ☐ Yes     ☒ No

   e. Gifts or inheritances     ☐ Yes     ☒ No

   f. Any other sources     ☐ Yes     ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

FORM F.1

4. Do you have any cash, checking or savings accounts?    ☒ Yes    ☐ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets**?    ☐ Yes    ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):


6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.


I declare under penalty of perjury that the above information is true and correct.

_10-12-04_       X _____
DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that **during the past six months** the applicant's average balance was $_____.


_____     _____
DATE               SIGNATURE OF AUTHORIZED OFFICER

## Notice to Inmates:

Pursuant to the Federal Court Improvement Act of 1996, Pub.L. No. 104-317, 110 Stat. 3847, as of December 18, 1996, the filing fee for most civil actions was increased from $120.00 to $150.00. *See id.* at § 401 (amending 28 U.S.C. § 1914(a)). Also, pursuant to the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321, inmates are required to pay, over a period of time, the full filing fee.