```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

JUNIOR DIAZ-PENA,              )
          Petitioner,          )
                               )
     v.                        )   C.A. No.  04-12181-PBS
                               )
UNITED STATES,                 )
          Respondent.          )
```

           ORDER ON PETITIONER'S MOTION
         TO PROCEED WITHOUT PREPAYMENT OF FEES

On October 18, 2004, petitioner Junior Diaz-Pena filed a Section 2255 motion to vacate, set aside, or correct his conviction and sentence and an application to proceed without prepayment of fees.

It is hereby ORDERED that the application to proceed without prepayment of fees is DENIED as moot because no filing fee is required for a Section 2255 motion.

Dated at Boston, Massachusetts, this 1st day of November, 2004.

                              /s/ Patti B. Sarris
                              PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE