UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNIOR DIAZ-PENA a/k/a ROBERTO PORTES, Petitioner | ) ) ) |
| v. | ) Civil No. 04-12181-PBS ) |
| UNITED STATES OF AMERICA, Respondent. | ) ) ) |

### GOVERNMENT'S MOTION FOR BRIEF CONTINUANCE OF TIME WITHIN WHICH TO FILE RESPONSE TO PETITION

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully moves the Court to continue for twenty (20) days -- to December 17, 2004 -- the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that there have been, and continue to be, difficulties in retrieving the records and documents necessary for the preparation of government's response. For example, the government is attempting (so far unsuccessfully) to locate an affidavit submitted by defendant's counsel in May, 1998, in support of his Motion To Withdraw. In consideration of the government's ongoing efforts to present a full and complete response to the Petition, the government requests a brief amount of additional time in order to prepare its final submission to the Court.

**WHEREFORE,** the government respectfully requests this Court to continue the time within which it must respond to Defendant's Petition in this matter to December 17, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                         By:  */Heidi E. Brieger/*
                            HEIDI E. BRIEGER
                            Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

Suffolk, ss.                    Boston, Massachusetts

    This is to certify that a copy of the foregoing motion was sent by United States mail to Roberto Portes, 20734-038 - Unit 1B, FCI Schuylkill, P.O. Box 759, Minersville, PA 17954, this 19th day of December 2004.

                                        */Heidi E. Brieger/*
                                        HEIDI E. BRIEGER
                                        Assistant U.S. Attorney