UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNIOR DIAZ-PENA a/k/a ROBERTO PORTES, Petitioner | ) ) ) |
| v. | ) Civil No. 04-12181-PBS ) |
| UNITED STATES OF AMERICA, Respondent. | ) ) ) |

**GOVERNMENT'S MOTION FOR BRIEF CONTINUANCE OF TIME WITHIN WHICH TO FILE RESPONSE TO PETITION**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully moves the Court to continue for five (5) days -- to December 22, 2004 -- the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that a brief amount of additional time is needed in order to adequately review and revise its final submission to the Court.

**WHEREFORE**, the government respectfully requests this Court to continue the time within which it must respond to Defendant's Petition in this matter to December 22, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                          Boston, Massachusetts

    This is to certify that a copy of the foregoing motion was sent by United States mail to Roberto Portes, 20734-038 - Unit 1B, FCI Schuylkill, P.O. Box 759, Minersville, PA 17954, this 19th day of December 2004.

                                             _/s/ Heidi E. Brieger_
                                             HEIDI E. BRIEGER
                                             Assistant U.S. Attorney