To: [Honorable] [United States] District C[ourt]

From: Roberto Pontes    Civil N° 04-12181-PBS

I respectfully direct myself to you with the intention of obtaining a copy of the brief that the U.S. Attorney was going to submit by December 17 as a response to a [case] in your Honorable Court.

Thank you for your [kind] response.

*[signature]*
Roberto Pontes 25787-038