January-28-05

Roberto Portes
 a/k/a
Junior Diaz Pena
Federal Register No. 21057-BISTRICT COURT
FCI Ray Brook
P.O. Box 900
Ray Brook, NY 12977

FILED
IN CLERKS OFFICE
2005 FEB -2 P 3:21
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
 Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: United States vs. Diaz-Pena  04-CV-12181
         COA 97-1177 — 95 CR 10284 PBS

Dear Clerk:

On October 1, 2004, I filed within your court my first 2255 application alleging my counsel was derelict in allowing my appeal to be dismissed without my consent.

On December 22, 2004, Assistant U.S. Attorney Heidi Brieger responded my petition. Please supply me with updated docket sheet to note the entries recently made. Please inform me as soon as possible status of my petition.

Respectfully
[signature]
Roberto Portes