Junior Diaz Pena
A/K/A Roberto Portes
FCI Raybrook
P.O. Box 9009
Raybrook, New York
12977

FILED
IN CLERKS OFFICE

2005 FEB 22  P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA

February 16, 2005

Re: United States v. Junior Diaz Pena
    Civil No. 04-12181-PBS

Dear Clerk of the Court:

    In relation to the above referenced proceeding, I am in receipt of the Government's December 22, 2004 filing conceding as to my being allowed to file an initial direct appeal, following counsel's failure to do so.

    I am not however in receipt of the Court's ruling on this matter. I will presume that since the government does not oppose my relief requested, that this Court will reopen the time in which to file the appellate brief. If the Court so ruled, I have not yet been notified; nor whether counsel was yet appointed for representation.

    Please indicate whether the Court ruled on my section 2255 application, and if so, whether counsel has yet been appointed, and his or her name and information. Finally, do you require a further affidavit in indigency in relation to the appointment? Please foward the correct forms in which I need to utilize to effectuate this.

    Thank you and I hope to hear from you shortly.

Respectfully,

Junior Diaz Pena
"Roberto Portes"

c.c. File

    BAR ASSOCIATION