UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
JUNIOR DIAZ-PENA,                 )
                Petitioner,       )
                                  )
          v.                      ) CIVIL ACTION NO. 04-12181-PBS
                                  )
UNITED STATES OF AMERICA,         )
                Respondent.       )
                                  )
```

### ORDER

March 3, 2005

Saris, U.S.D.J.

    Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2255 claiming that his appellate counsel was ineffective for failing to file any brief after the notice of appeal was filed and allowing the appeal to be dismissed without his consent. Agreeing that defense counsel should have at least filed an <u>Anders</u> brief, the government does not oppose the motion to reopen his appeal. Accordingly, the Court **ALLOWS** the petition and reinstates the appeal period.

                                                          **S/PATTI B. SARIS**
                                                          United States District Judge