Roberto Portes
A/K/A
Junior Diaz Pena
FCI Raybrook
P.O. Box 900
Raybrook, New York
12977

2005 MAR 18 A 11: 20

United States Court of Appeals
For the First Circuit
United States Courthouse
1 Courthouse Way
Suite 2500
Boston, MA
02210

Re: Civil Action No. 04-12181-PBS

Clerk:

    On March 3, 2005, the United States District Court for the District of Massachusetts, the Honorable Patti Saris, granting a motion filed by myself, to reinstate the appeals period.
    This letter is lieu of formal petition, requests that I be assigned counsel in order to brief my direct appeal; and I wish for this to be construed as a Notice of Appeal. I did not receive the Order granting my petition until today, the 15th day of March, 2005.
    I will need an application to proceed in forma pauperis as I cannot afford to retain counsel on my own. Please foward the necessary documents to me as soon as possible.
    Thank you.

Respectfully,

[signature]

March 15, 2005

cc. District Court
    Hon. Patti Saris