# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12181

Junior Diaz-Pena

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/6/05

_Bouchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12181-PBS

Diaz-Pena v. United States of America
Assigned to: Judge Patti B. Saris
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 10/18/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Junior Diaz-Pena**   represented by   **Junior Diaz-Pena**
20734-038
FCI Raybrook
P. O. Box 300
Ray Brook, NY 12977
PRO SE

V.

**Respondent**

**United States of America**   represented by   **Heidi E. Brieger**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3293
Fax: 617-748-3358
Email: heidi.brieger@USDOJ.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Junior Diaz-Pena.(Bell, Marie) (Entered: 10/20/2004) |
| 10/18/2004 | 2 | MEMORANDUM by Junior Diaz-Pena In Support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Bell, Marie) (Entered: 10/20/2004) |
| 10/18/2004 | 3 | MOTION for Leave to Proceed in forma pauperis by Junior Diaz-Pena.(Bell, Marie) (Entered: 10/20/2004) |
| 10/18/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Bell, Marie) (Entered: 10/20/2004) |
| 10/18/2004 | 4 | Notice of Reassignment. Judge Patti B. Saris added. Judge William G. Young no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. cc/cl. (Bell, Marie) (Entered: 10/21/2004) |
| 10/22/2004 | 5 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2255 Motion. Order ntered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Patch, Christine) (Entered: 10/25/2004) |
| 11/01/2004 | 6 | Judge Patti B. Saris : ORDER entered denying 3 Motion for Leave to Proceed in forma pauperis: the application to proceed without prepayment of fees is DENIED as moot because no filing fee is required for a Section 2255 motion. (Greenberg, Rebecca) (Entered: 11/03/2004) |
| 11/01/2004 |  | Return receipt received for mail sent to Junior Diaz- |

|  |  |  |
|---|---|---|
|  |  | Pena. Delivered on 10/28/04 (Patch, Christine) (Entered: 11/04/2004) |
| 11/01/2004 | 🔵 | Mail Returned as Undeliverable. Mail sent to Junior Diaz-Pena (Patch, Christine) (Entered: 11/04/2004) |
| 11/19/2004 | 7 | MOTION to Continue Time Within Which to File Response to Petition to 12/17/04 by United States of America.(Brieger, Heidi) (Entered: 11/19/2004) |
| 11/22/2004 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered granting 7 Motion to Continue Time within which to File Response to Petition. (Patch, Christine) (Entered: 11/23/2004) |
| 12/17/2004 | 9 | MOTION for Extension of Time to 12/22/04 to File Response as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Patch, Christine) (Entered: 12/29/2004) |
| 12/22/2004 | 8 | Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: 12/28/2004) |
| 12/29/2004 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered granting 9 Motion for Extension of Time to File Response as to 1 Motion to set aside/correct/vacate sentence (2255). Responses due by 12/22/2004 (Patch, Christine) (Entered: 12/29/2004) |
| 01/05/2005 | 10 | Letter from Roberto Portes requesting a copy of the response to his 2255. (Patch, Christine) (Entered: 01/18/2005) |
| 02/02/2005 | 11 | Letter from Roberto Portes requesting a copy of his docket sheet. (Patch, Christine) (Entered: 02/08/2005) |
| 02/08/2005 | 🔵 | DOCKET SHEET sent to Roberto Portes. (Patch, Christine) (Entered: 02/08/2005) |
| 02/22/2005 | 12 | Letter from Roberto Portes regarding the status of his case. (Patch, Christine) (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 02/22/2005 | 13 | Response by Junior Diaz-Pena to 8 Response to Motion to Vacate/Set Aside/Correct Sentence. (Patch, Christine) (Entered: 03/01/2005) |
| 03/03/2005 | 14 | Judge Patti B. Saris : ORDER entered granting 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Junior Diaz-Pena. (Patch, Christine) (Entered: 03/08/2005) |
| 03/18/2005 | 15 | NOTICE OF APPEAL, in letter format, by Junior Diaz-Pena. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/7/2005. (Patch, Christine) (Entered: 04/05/2005) |