04-12181
USDC-MA BO
J. SARIS

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No.   05-1515
DC No. 04-cv-12181

JUNIOR DIAZ PENA
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2005 OCT 31   P 4: 28

**JUDGMENT**
**Entered:  September 9, 2005**

On June 6, 2005, this court notified appellant that this case could not go forward unless a certificate of appealability issues. The appellant was directed to either file a status report advising this court that he had filed an application for a certificate of appealability in the district court or move for voluntary dismissal of the appeal.

A review of the district court docket sheet does not reflect the filing of an application for a certificate of appealability nor has this court received the status report due on July 6, 2005. This case is, therefore, dismissed for want of diligent prosecution in accordance with Local Rule 3(b).

By the Court:

Richard Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 10/31/05

[cc: Mr. Diaz-Pena, Ms. Brieger, Ms. Chaitowitz]